IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | |
| Plaintiffs, | |
| - against - | Case No. 1:11-cv-1124 |
| JILL ADELE FISHER, | |
| Defendant. | |

**ORDER REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

    Pursuant to Fed. R. Civ. P. Rule 55(b), Plaintiffs Coach, Inc., and Coach Services, Inc., by counsel, asked this Court to enter a default judgment against Defendant Jill Adele Fisher (hereinafter "Fisher"). The Clerk had previously issued an entry of default against this Defendant.

    At this time, with the Court being duly advised in the premises, it is hereby ORDERED that the Plaintiffs' motion shall be and hereby is GRANTED, and accordingly a judgment shall be entered against Defendant in the amount of $600,000.00, plus $25,649.76 in fees/costs incurred through February/March of 2012, plus any additional fees/costs established by Plaintiffs for this matter, with post-judgment interest accruing on the total $625,649.76 judgment amount as of the date of this Order.

    IT IS SO ORDERED this 20th day of March, 2012.

    /s/  Paul L. Maloney
    Judge, U.S. District Court
    Western District of Michigan